645 A.2d 135

WARREN GIDNEY v. TOWNSHIP OF PENNSAUKEN,
ET AL. AND DENNIS WIXTED.

June 30, 1994.

## ORDER

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for its consideration on the merits.